| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
EDUARDO B. BLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:08-MJ-00108 SMS |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO |
| | ) | MODIFY JUDGMENT; |
| v. | ) | ORDER THEREON |
| | ) | |
| EDUARDO B. BLAS, | ) | Date :         October 1, 2008 |
| | ) | Magistrate:  Gary S. Austin |
| *Defendant.* | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the date for Mr. Blas to surrender himself to the United States Marshals Service to serve his 12 days at the Fresno County Jail be modified from October 6, 2008 and changed to November 10, 2008.  As grounds for the modification, the United States Marshals Service is requesting additional time to complete their paperwork to facilitate Mr. Blas' placement.

    This stipulation is requested by counsel for the defendant and would be joined by Assistant United States Attorney Mark McKeon.  I additionally have spoken with Susan Perry, from the United States Marshals Service, and Marlene DeOrian, from the Unites States Probation Office, who are also in agreement with this stipulation.

//

//

McGREGOR W. SCOTT
United States Attorney

DATED: October 1, 2008              /s/ Mark McKeon
                                    MARK MCKEON
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 1, 2008              /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorney for Defendant

# O R D E R

IT IS SO ORDERED that the date for Mr. Eduardo Blas to surrender himself to the United States Marshal to serve his 12 days be changed to November 10, 2008 and that the prior turn in date of October 6, 2008 be deleted.

IT IS SO ORDERED.

Dated:   **October 2, 2008**              /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

Blas - Stipulation to Modify Judgment; Order          2