Prob 12B

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER**
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Eduardo B. Blas |
| **Docket Number:** | 1:08MJ00108-01 GSA |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Gary S. Austin<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | September 25, 2008 |
| **Original Offense:** | 36 CFR 4.23(a)(2), Driving Under the Influence of Alcohol With BAC in Excess of .08 Percent<br>(CLASS B MISDEMEANOR) |
| **Original Sentence:** | 24 months probation, $10 special assessment; $1,500 fine (suspended), and mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) Participate in drug and alcohol treatment; 3) Participate in drug and alcohol testing; 4) Abstain from use of alcohol; 5) Participate in a co-payment plan; 6) Not operate a motor vehicle unless properly licensed and insured; 7) Not operate a vehicle with any measurable amount of alcohol; 8) Serve 12 days in BOP; 9) Cooperate with Immigration and Customs Enforcement. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | September 25, 2008 |
| **Assistant U.S. Attorney:** | Mark J. McKeon    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Charles J. Lee    **Telephone:** (559) 487-5561 |

**RE:    BLAS, Eduardo B.
        Docket Number: 1:08MJ00108-01
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

02/02/2009:                Probation form 12B submitted to Court recommending placement at the Comprehensive Sanction Center, Turning Point for period up to 60 days. Modification recommended addressing continued alcohol use and new law violation.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The probationer shall reside in a Comprehensive Sanction Center (CSC)- Turning Point for a period up to 180 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). The probationer shall pay the cost of confinement as determined by the Bureau of Prisons. Furthermore, the probationer shall not discharge from the program unless given permission from the program director or the United States Probation/Parole Officer.

**Justification:** On September 25, 2008, the probationer was sentenced to 24 months of probation and 12 days in custody for Driving Under the Influence of Alcohol. On January 29, 2009, the Court was advised of the probationer's continued use of alcohol and new law violation of Driving Under the Influence of Alcohol. As a result of the violations, his supervision conditions were modified to include placement to the Comprehensive Sanction Center (CSC), Turning Point, for a period up to 60 days.

On February 9, 2009, upon entering the program, he provided two breath samples that registered his alcohol level as .12 and .11. According to the probationer, he drank four beers prior to reporting because he didn't think he would be tested for alcohol at the facility. The probationer was allowed to enter the facility under the influence of alcohol, but his placement will be terminated if any other violations occur.

**RE:    BLAS, Eduardo B.**
**Docket Number:  1:08MJ00108-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Although the probationer is allowed to remain at the facility, it is recommended the length of his placement be extended to 120 days.  This recommendation will address issues of accountability and will continue to allow the probationer to resolve his pending case with Fresno County Superior Court.  The probationer has no objection to this recommendation and has signed a "Waiver of Hearing to Modify Conditions of Supervised Release."

Respectfully submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN**
**Senior United States Probation Officer**
Telephone:  559-499-5729


**DATED:**      February 20, 2009
               Fresno, California
               MKD


**REVIEWED BY:**    /s/ Hubert J. Alvarez
                   **HUBERT J. ALVAREZ**
                   **Supervising United States Probation Officer**

**RE:   BLAS, Eduardo B.**
**Docket Number:  1:08MJ00108-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(**X**)   Modification approved as recommended.

( )    Modification not approved at this time.  Probation Officer to contact Court.

( )    Other:

| February 25, 2009 | /s/ Gary S. Austin |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:

United States Probation
Assistant United States Attorney
Assistant Federal Defender
Defendant
Court File